Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The R.C.A. Rubber Company** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-0476810** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1833 East Market Street
Akron, OH 44305**
Number, Street, City, State & ZIP Code

**Summit**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 1 of 47

**7. Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☑ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ☑ Chapter 11. *Check all that apply*:

       ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ☑ No.

    ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ☑ No

    ☐ Yes.

| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 2 of 47

**11.** **Why is the case filed in**    *Check all that apply:*
     **this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**    ■ No
     **have possession of any**
     **real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
     **available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**    ■ 1-49           ☐ 1,000-5,000         ☐ 25,001-50,000
     **creditors**            ☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
                            ☐ 100-199       ☐ 10,001-25,000     ☐ More than100,000
                            ☐ 200-999

---

**15.** **Estimated Assets**      ☐ $0 - $50,000           ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                         ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
                         ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                         ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.** **Estimated liabilities**    ☐ $0 - $50,000           ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                         ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
                         ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                         ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __November 18, 2016__
             MM / DD / YYYY

**X /s/ Shane R. Price**_____      **Shane R. Price**_____
    Signature of authorized representative of debtor      Printed name

Title   **Vice President**_____

**18. Signature of attorney**

**X /s/ Michael A. Steel**_____     Date  **November 18, 2016**_____
    Signature of attorney for debtor                 MM / DD / YYYY

**Michael A. Steel**_____
Printed name

**Brennan, Manna & Diamond**_____
Firm name

**75 East Market Street**
**Akron, OH 44308**_____
Number, Street, City, State & ZIP Code

Contact phone  **(330)374-7471**_____   Email address  **masteel@bmdllc.com**_____

**0072367**_____
Bar number and State

Fill in this information to identify the case:

Debtor name   **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 18, 2016**     X */s/ Shane R. Price*
                                            Signature of individual signing on behalf of debtor

                                            **Shane R. Price**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Annie Savinski c/o Sue Sokolowski, Esq. 4917 Munson St. NW Canton, OH 44718 | | Potential employee health insurance claim | | | | $0.00 |
| Department of Treasury Internal Revenue Service Ogden, UT 84201-0039 | | Underfunded pension tax penalty | | | | $469,882.30 |
| Hobe & Lucas Certified Public Acct. 4807 Rockside Rd. Ste 510 Independence, OH 44131 | | Accounting Services | | | | $4,625.00 |
| JM Machine PO Box 378 Wadsworth, OH 44282 | | Equipment purchase | | | | $22,812.50 |
| Joan Barbarino c/o Joseph N. Cotilletta, Esq. The Lanier Law Firm, PLLC 126 E. 59th Street, 6th Floor New York, NY 10022 | | Class Action Plaintiff Barbarino v. BASF Catalysts, et al. | Contingent Unliquidated Disputed | | | $0.00 |
| JoAnn Benson 1027 Amy Trail Tallmadge, OH 44278 | | Potential employee health insurance claim | | | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leonard Corcione c/o Nicholas E. Novack, Esq. Levy Konigsberg, LLP 800 Third Ave. New York, NY 10022** | | **Class Action Plaintiff Corcione v. 3M Company, et al.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Pension Benefit Guarantee Corp. 1200 K Street NW Washington, DC 20005** | | **Potential pension liabilty** | **Contingent Unliquidated Disputed** | | | **$1,079,138.00** |
| **Rellinx, Inc. PO Box 840527 Dallas, TX 75284-0527** | | **Phone equipment** | **Disputed** | | | **$1,160.91** |
| **United Steelworkers Union Dist. 1 Office 777 Dearborn Park Lane, Suite J Columbus, OH 43085** | | **Employee benefits pursuant to collective bargaining agreement** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.........................................................   $    **407,583.90**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*......................................................   $    **1,763,851.80**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................   $    **2,171,435.70**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $    **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $    **469,882.30**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................   +$    **1,107,736.41**

4.   **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b     $    **1,577,618.71**

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 8 of 47

**Fill in this information to identify the case:**

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$188.70** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Operating Account** | **2267** | $432,569.69 |
| 3.2. | **Payroll account** | | | $4,673.61 |
| 3.3. | **FirstMerit Bank** | **Operating Account (to be closed)** | **2057** | $20,773.35 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $458,205.35 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 9 of 47

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **770,538.00** - | **77,738.00** = .... | **$692,800.00** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | **$692,800.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Pulaski Rubber Co.** No longer operates; No assets | 100 % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | Total of Part 4. | **$0.00** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw material | **10/31/16** | **$677,869.41** | **Liquidation** | **$67,786.94** |
| 20. | **Work in progress** Work in Process | **10/31/16** | **$528,071.60** | **Liquidation** | **$158,421.48** |
| 21. | **Finished goods, including goods held for resale** | | | | |

| **Finished Goods** | 10/31/16 | $116,912.41 | Comparable sale | $116,912.41 |

---

| 22. | **Other inventory or supplies** **Blemished Material** | 10/31/16 | $173,250.00 | Liquidation | $17,325.00 |

---

| 23. | **Total of Part 5.** | | $360,445.83 |
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture & Fixtures** | $23,000.92 | Liquidation | $6,900.28 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** _Examples_: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $6,900.28 |
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Autos & Trucks | $5,512.50 | Comparable sale | $5,512.50 |
| **48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**     **Aircraft and accessories** | | | |
| **50.**     **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>Equipment (see attached list) | $799,039.35 | Liquidation | $239,711.80 |
|     Tread molds | $276.04 | Comparable sale | $276.04 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $245,500.34 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 1833 East Market St,<br>Akron, Ohio 44305<br>Parcel 68-21804<br>(Summit County,<br>Ohio) | Fee Simple | $427,301.00 | Comparable sale | $384,570.90 |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | 1833 East Market St.,<br>Akron, Ohio 44305<br>Parcel 68-21803<br>(Summit County,<br>Ohio) | Fee simple | $25,570.00 | Comparable sale | $23,013.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $407,583.90 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations**<br>**Customer lists** | $0.00 | | Unknown |
| **64.** **Other intangibles, or intellectual property**<br>**Good will, trademarks and other general**<br>**intangibles** | $0.00 | | Unknown |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 13 of 47

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **The R.C.A. Rubber Co. Pension Plan (under funded)**                  **Unknown**

78.    **Total of Part 11.**                                                  **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $458,205.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $692,800.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $360,445.83 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,900.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $245,500.34 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $407,583.90 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,763,851.80 | + 91b. $407,583.90 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,171,435.70 |

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bureau of Workers Comp.**<br>**30 W. Spring St.**<br>**Columbus, OH 43215-2256** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Department of Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $469,882.30 | $55,283.80 |
|  | Date or dates debt was incurred<br>**6/30/16** | Basis for the claim:<br>**Underfunded pension tax penalty** | | |
|  | Last 4 digits of account number **6810**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 17 of 47

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3 Priority creditor's name and mailing address

**Treasurer, State of Ohio**
**30 E. Broad St.**
**9th Floor**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Annie Savinski**
**c/o Sue Sokolowski, Esq.**
**4917 Munson St. NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Potential employee health insurance claim**

Is the claim subject to offset? ☑ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward L. Cheatham and Class**
**c/o Feinstein Doyle Payne & Kravec**
**429 Forbe Ave**
**Allegheny Building, 17th Floor**
**Pittsburgh, PA 15219**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Notice Only**
**Pulaski Rubber retirees**

Is the claim subject to offset? ☑ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,625.00** |
|---|---|---|---|

**Hobe & Lucas Certified Public Acct.**
**4807 Rockside Rd. Ste 510**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Accounting Services**

Is the claim subject to offset? ☑ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,812.50** |
|---|---|---|---|

**JM Machine**
**PO Box 378**
**Wadsworth, OH 44282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Equipment purchase**

Is the claim subject to offset? ☑ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joan Barbarino**
**c/o Joseph N. Cotilletta, Esq.**
**The Lanier Law Firm, PLLC**
**126 E. 59th Street, 6th Floor**
**New York, NY 10022**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class Action Plaintiff**
**Barbarino v. BASF Catalysts, et al.**

Is the claim subject to offset? ☑ No   ☐ Yes

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 18 of 47

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JoAnn Benson**
**1027 Amy Trail**
**Tallmadge, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential employee health insurance claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leonard Corcione**
**c/o Nicholas E. Novack, Esq.**
**Levy Konigsberg, LLP**
**800 Third Ave.**
**New York, NY 10022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Action Plaintiff**
**Corcione v. 3M Company, et al.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079,138.00 |
|---|---|---|---|

**Pension Benefit Guarantee Corp.**
**1200 K Street NW**
**Washington, DC 20005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential pension liabilty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.91 |
|---|---|---|---|

**Rellinx, Inc.**
**PO Box 840527**
**Dallas, TX 75284-0527**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United Steelworkers Union**
**Dist. 1 Office**
**777 Dearborn Park Lane, Suite J**
**Columbus, OH 43085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee benefits**
**pursuant to collective bargaining agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wells Fargo Financial Services**
**800 Walnut Street**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 19 of 47

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 **3M Company**<br>**3M Corporate Headquareters**<br>**Attn: Legal Department**<br>**3M Center**<br>**Saint Paul, MN 55144-1000** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.2 **Akzo Nobel Paints, LLC**<br>**f/k/a The Glidden Company**<br>**c/o CT Corporation Systems**<br>**111 Eighth Ave.**<br>**New York, NY 10011** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **American Biltrite, Inc.**<br>**57 River Street**<br>**Wellesley, MA 02181** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **American Seating Co., Inc.**<br>**c/o Anna M. DiLonardo, Esq.**<br>**105 Maxess Rd.**<br>**Suite 303**<br>**Melville, NY 11747** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **APO Holdings, Inc.**<br>**6607 Chittendend Rd.**<br>**Hudson, OH 44236** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Azrock Industries, Inc.**<br>**n/k/a Domco Products Texas, Inc.**<br>**350 N. Saint Paul St.**<br>**Dallas, TX 75201** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **BASF Catalysts, LLC**<br>**c/o Christopher W. Healy, Esq.**<br>**Reed Smith**<br>**599 Lexington Ave., 22nd Floor**<br>**New York, NY 10022** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Bostik, Inc.**<br>**c/o F&L Corp.**<br>**777 E. Wisconsin Ave., Ste. 3800**<br>**Milwaukee, WI 53202** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Carlisle Companies, Inc.**<br>**c/o Victoria Silva, Esq.**<br>**Harwood Lloyd, LLC**<br>**350 Fifth Ave., 59th Floor**<br>**New York, NY 10118** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Certainteed Corporation**<br>**750 E. Swedesford Rd.**<br>**Valley Forge, PA 19482** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Conwed Corporation**<br>**Corporation Trust Center**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.12 | **Dal Title Corporation**<br>**CT Corporation Systems**<br>**111 Eigth Ave.**<br>**New York, NY 10011** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Department of Treasury**<br>**1035 E. 9th Ave.**<br>**Cleveland, OH 44113** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Department of Treasury**<br>**1111 Constiution Ave. NW**<br>**#5480**<br>**Washington, DC 20224** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Domco Products Texas, Inc.**<br>**s/h/a Domco Products Texas, LP**<br>**350 N. Saint Paul St.**<br>**Dallas, TX 75201** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **E.I. Du Pont De Nemours & Co.**<br>**c/o Caroline C. Marino**<br>**Leader & Berkon, LLP**<br>**630 Third Ave.**<br>**New York, NY 10017** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Eaton Corp.**<br>**c/o Gabriel G. Ferstendig, Esq.**<br>**1300 Mount Kemble Ave.**<br>**PO Box 2075**<br>**Morristown, NJ 07962** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Flexco Corporation**<br>**1401 East 6th Ave.**<br>**Tuscumbia, AL 35674** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Florida Title, Inc.**<br>**c/o CSC - Lawyers Incorporating Ser**<br>**421 West Main St.**<br>**Frankfort, KY 40601** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Foster Wheeler, LLC**<br>**Perryville Corporate Park**<br>**PO Box 4000**<br>**Clinton, NJ 08809** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **General Electric Co.**<br>**c/o Michael A. Tanenbaum, Esq.**<br>**1085 Raymond Blvd.**<br>**One Newark Center, 16th Floor**<br>**Newark, NJ 07102** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **General Electric Company**<br>**Henry J. King, Jr., Esq.**<br>**Electric Insurance Company**<br>**152 Conant Street**<br>**Beverly, MA 01915** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Georgia Pacific, LLC**<br>**133 Peachtree St. NE**<br>**Atlanta, GA 30303** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.24 | **Goodrich Aerostructures Group**<br>**Goodrich Corp.**<br>**c/o Patrick J. Dwyer, Esq.**<br>**2 Research Way**<br>**Princeton, NJ 08540** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Hamilton Materials**<br>**c/o Jeffrey P. Walsworth**<br>**145 W. Meats Ave.**<br>**Orange, CA 92865** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Honeywell International, Inc.**<br>**c/o Donald R. Pugliese, Esq.**<br>**McDermott Will & Emery, LLP**<br>**340 Madison Ave.**<br>**New York, NY 10173** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Kaiser Gypsum Company, Inc.**<br>**c/o Corporation Services Co.**<br>**300 Deschutes Way SW, Ste. 304**<br>**Tumwater, WA 98501** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Laticrete International, Inc.**<br>**c/o MCR&P Service Corp.**<br>**185 Aslyum St., 29th Floor**<br>**Hartford, CT 06103** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Lear Siegler Diversified Holdings**<br>**c/o Grace DMario, Esq.**<br>**Malaby & Bradley, LLC**<br>**150 Broadway, Ste. 600**<br>**New York, NY 10038** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Mannington Mills, Inc.**<br>**75 Mannington Mills Rd.**<br>**Salem, NJ 08079** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Maremont Corp.**<br>**c/o Kevin J. Dooley, Esq.**<br>**Kasowitz Benson Torres & Friedman**<br>**1633 Broadway**<br>**New York, NY 10019** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Meritor, Inc.**<br>**c/o Kevin J. Dooley, Esq.**<br>**Kasowitz Benson Torres & Friedman**<br>**1633 Broadway**<br>**New York, NY 10019** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Millennium Transit Services**<br>**c/o James A. Overcash, Esq.**<br>**8055 East Tufts Ave., Suite 525**<br>**Denver, CO 80237** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Millennium Transit Services, LLC**<br>**c/o John E. Osborn**<br>**John E. Osborn, PC**<br>**841 Broadway, Suite 500**<br>**New York, NY 10003** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 22 of 47

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.35 **Miracle Adhesives Corp.** **The Corporation Trust, Inc.** **351 West Camden St.** **Baltimore, MD 21201** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.36 **Northrop Grumman Systems Corp.** **c/o Elisa T. Gilbert, Esq.** **The Gilbert Firm** **325 East 57th St.** **New York, NY 10022** | Line **3.5** ☐ Not listed. Explain ____ | _ |
| 4.37 **Pneumo-Abex, LLC** **c/o Edward P. Abbot, Esq.** **Hawkins Parnell Thackston & Young** **600 Lexington Ave., 8th Floor** **New York, NY 10022** | Line **3.5** ☐ Not listed. Explain ____ | _ |
| 4.38 **Rockwell Automation, Inc.** **c/o Joseph P. LaSala, Esq.** **Wall Street Plaza** **88 Pine St., 24th Floor** **New York, NY 10005** | Line **3.5** ☐ Not listed. Explain ____ | _ |
| 4.39 **Rohr, Inc.** **c/o Patrick J. Dwyer, Esq.** **Smith Stratton Wise Heher & Brennan** **2 Research Way** **Princeton, NJ 08540** | Line **3.5** ☐ Not listed. Explain ____ | _ |
| 4.40 **Sears, Roebuck & Co.** **Sears Holding Corporation** **3333 Beverly Rd.** **Hoffman Estates, IL 60179** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.41 **Tarkett USA, Inc.** **c/o Corporation Trust Co.** **820 Bear Tavern Rd.** **Trenton, NJ 08628** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.42 **Title Company of N. America, Inc.** **150 Broadway, Suite 600** **New York, NY 10038** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.43 **Union Carbide Corp.** **c/o CT Corporation** **111 Eighth Ave.** **New York, NY 10011** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.44 **Wells Fargo Financial Leasing, Inc.** **PO Box 979284** **Miami, FL 33197-9284** | Line **3.11** ☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 469,882.30 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,107,736.41 |

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $ _____ **1,577,618.71**

Fill in this information to identify the case:

Debtor name      **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Oil & Gas Lease**<br>**RCA Rubber / Raski**<br>**Limited**<br>**I988** |
|  | **Everflow Eastern Partners, LP**<br>**PO Box 629**<br>**585 West Main Street**<br>**Canfield, OH 44406** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Collective Bargaining**<br>**Agreement effective**<br>**Mar.7, 2014**<br><br>**Mar. 7, 2017** |
|  | **United Steelworkers, District 1**<br>**Attn: Bill Conner**<br>**4069 Bradley Circle NW**<br>**Canton, OH 44718** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capital lease**<br>**2014 Ingersoll Rand**<br>**R75n Compressor** |
|  | **Wells Fargo Financial Leasing**<br>**PO Box 979284**<br>**Miami, FL 33197-9284** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Oil & Gas Lease 1996** |
|  | **Whidbey Resources, Inc.**<br>**PO Box 2239**<br>**Hudson, OH 44236** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **The R.C.A. Rubber Company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **7/01/2016** to **Filing Date** | ☐ Operating a business ■ Other    RCA Rubber Co. | $11,136,573.00 |
| **For prior year:** From  **7/01/2015** to  **6/30/2016** | ☐ Operating a business ■ Other    RCA Rubber Co. | $11,843,290.00 |
| **For year before that:** From  **7/01/2014** to  **6/30/2015** | ☐ Operating a business ■ Other    RCA Rubber Co. | $12,049,266.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 27 of 47

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **SEE ATTACHED EXHIBIT** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **SEE ATTACHED EXHIBIT** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Edward L. Cheatham, et al. vs. The R.C.A. Rubber Company, et al. 1:11-00006** | **Class Action re: Subsidiary retirees** | **US District Court Middle Dist. of TN 801 Broadway #800 Nashville, TN 37203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.    **Barbarino v. BASF Catalysts, LLC, et al. Index No. 190072/14** | **Class Action: Asbestos Litigation** | **Supreme Court of New York New York County Courthouse 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Leonard Corcione vs. 3M Company, et al.**<br>**Index No. 190106/2015** | **Asbestos Class Action** | **Supreme Court of New York**<br>**New York County**<br>**Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brennan, Manna & Diamond**<br>**75 East Market Street**<br>**Akron, OH 44308** | **Attorney Fees** | **3/1/2016** | **$25,000.00** |
| | Email or website address<br>**masteel@bmdllc.com** | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Brennan, Manna & Diamond**<br>**75 East Market Street**<br>**Akron, OH 44308** | **Attorney Fees** | **1/6/16 -**<br>**9/27/16** | **$18,793.89** |
| | **Email or website address**<br>masteel@bmdllc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The RCA Rubber Company 401k plan** | EIN:  **34-0476810** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Pulaski Rubber Company** | **Closed subsidiary** | **EIN:**    62-0574846<br><br>**From-To**  1956-2005 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Weidrick, Livesay & Company**<br>**2150 N. Cleveland-Massillon Rd.**<br>**Akron, OH 44333** | **Accountant Services**<br>**2014-2015 Tax return prep** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 32 of 47

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sherry Price | 1833 East Market St. Akron, OH 44305 | President and Treasurer | 51.32% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shane Price | 1833 East Market St. Akron, OH 44305 | Vice President | 0.08% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathy Tyler | 1833 East Market St. Akron, OH 44305 | Secretary | 0.0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

16-52757-amk    Doc 1    FILED 11/18/16    ENTERED 11/18/16 18:08:21    Page 33 of 47

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **The R.C.A. Rubber Company** | **EIN:** **34-0476810** |

---

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2016**

**/s/ Shane R. Price**                                **Shane R. Price**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re   **The R.C.A. Rubber Company**                                    Case No. _____
                                        Debtor(s)                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ........................................   $   _____

Prior to the filing of this statement I have received ....................   $   _____

Balance Due ...........................................................................   $   _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ........   $        **25,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............   $          **295.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  $   **1,717.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■  Debtor        ☐  Other (specify):

4.  The source of compensation to be paid to me is:

   ■  Debtor        ☐  Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
            **Legal fees: Michael A. Steel $295/hour**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    __The R.C.A. Rubber Company__                Case No. _____

                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **November 18, 2016** | **/s/ Michael A. Steel** |
|---|---|
| *Date* | **Michael A. Steel 0072367** |
| | *Signature of Attorney* |
| | **Brennan, Manna & Diamond** |
| | **75 East Market Street** |
| | **Akron, OH 44308** |
| | **(330)374-7471  Fax: (330)374-7472** |
| | **masteel@bmdllc.com** |
| | *Name of law firm* |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Ohio

In re   **The R.C.A. Rubber Company**      Case No.

                                       Debtor(s)        Chapter     **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **A.L. Kotler** | **Common Stock** | **30** | **0.20%** |
| **Amy L. Price** | **Common Stock** | **12** | **0.08%** |
| **Brittany Lee Reiss** | **Common Stock** | **12** | **0.08%** |
| **Christina L. Nilsen** | **Common Stock** | **1007.5** | **6.79%** |
| **Dan E. Reiss** | **Common Stock** | **110** | **0.74%** |
| **Jeffrey Reiss Graves** | **Common Stock** | **1007.5** | **6.79%** |
| **Melissa Price** | **Common Stock** | **12** | **0.08%** |
| **Michael R. Reiss** | **Common Stock** | **12** | **0.08%** |
| **Patricia Joy Buf'e Moulton** | **Common Stock** | **1002.5** | **6.76%** |
| **Richard T. Reiss II** | **Common Stock** | **129** | **0.87%** |
| **Robert E. Carmack** | **Common Stock** | **7** | **0.05%** |
| **Roderick A. Reiss** | **Common Stock** | **67** | **0.45%** |
| **Sara Orona, Trustee the Piano Trust** | **Common Stock** | **0.5** | **0.00%** |
| **Shane R. Price** | **Common Stock** | **12** | **0.08%** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re: __The R.C.A. Rubber Company__                    Case No. _____

                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sherry Dianne Price** | **Common Stock** | **7612.75** | **51.32%** |
| **Thurman & Nancy Lee Graves, Trustee Graves Living Trust dated 3/30/82** | **Common Stock** | **3787.5** | **25.53%** |
| **Tiffany Lynn Cahill** | **Common Stock** | **12** | **0.08%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**November 18, 2016**__          Signature __**/s/ Shane R. Price**__

                                            **Shane R. Price**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re   **The R.C.A. Rubber Company**                            Case No. _____

                                               Debtor(s)           Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 18, 2016**_____          **/s/ Shane R. Price**_____

                                               **Shane R. Price**/**Vice President**
                                               Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

3M Company
3M Corporate Headquareters
Attn: Legal Department
3M Center
Saint Paul, MN 55144-1000


Akzo Nobel Paints, LLC
f/k/a The Glidden Company
c/o CT Corporation Systems
111 Eighth Ave.
New York, NY 10011


American Biltrite, Inc.
57 River Street
Wellesley, MA 02181


American Seating Co., Inc.
c/o Anna M. DiLonardo, Esq.
105 Maxess Rd.
Suite 303
Melville, NY 11747


Annie Savinski
c/o Sue Sokolowski, Esq.
4917 Munson St. NW
Canton, OH 44718


APO Holdings, Inc.
6607 Chittendend Rd.
Hudson, OH 44236


Azrock Industries, Inc.
n/k/a Domco Products Texas, Inc.
350 N. Saint Paul St.
Dallas, TX 75201


BASF Catalysts, LLC
c/o Christopher W. Healy, Esq.
Reed Smith
599 Lexington Ave., 22nd Floor
New York, NY 10022


Bostik, Inc.
c/o F&L Corp.
777 E. Wisconsin Ave., Ste. 3800
Milwaukee, WI 53202

Bureau of Workers Comp.
30 W. Spring St.
Columbus, OH 43215-2256


Carlisle Companies, Inc.
c/o Victoria Silva, Esq.
Harwood Lloyd, LLC
350 Fifth Ave., 59th Floor
New York, NY 10118


Certainteed Corporation
750 E. Swedesford Rd.
Valley Forge, PA 19482


Conwed Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


Dal Title Corporation
CT Corporation Systems
111 Eigth Ave.
New York, NY 10011


Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039


Department of Treasury
1035 E. 9th Ave.
Cleveland, OH 44113


Department of Treasury
1111 Constiution Ave. NW
#5480
Washington, DC 20224


Domco Products Texas, Inc.
s/h/a Domco Products Texas, LP
350 N. Saint Paul St.
Dallas, TX 75201

```
E.I. Du Pont De Nemours & Co.
c/o Caroline C. Marino
Leader & Berkon, LLP
630 Third Ave.
New York, NY 10017


Eaton Corp.
c/o Gabriel G. Ferstendig, Esq.
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962


Edward L. Cheatham and Class
c/o Feinstein Doyle Payne & Kravec
429 Forbe Ave
Allegheny Building, 17th Floor
Pittsburgh, PA 15219


Everflow Eastern Partners, LP
PO Box 629
585 West Main Street
Canfield, OH 44406


Flexco Corporation
1401 East 6th Street
Tuscumbia, AL 35674


Florida Title, Inc.
c/o CSC – Lawyers Incorporating Ser
421 West Main St.
Frankfort, KY 40601


Foster Wheeler, LLC
Perryville Corporate Park
PO Box 4000
Clinton, NJ 08809


General Electric Co.
c/o Michael A. Tanenbaum, Esq.
1085 Raymond Blvd.
One Newark Center, 16th Floor
Newark, NJ 07102
```

General Electric Company
Henry J. King, Jr., Esq.
Electric Insurance Company
152 Conant Street
Beverly, MA 01915


Georgia Pacific, LLC
133 Peachtree St. NE
Atlanta, GA 30303


Goodrich Aerostructures Group
Goodrich Corp.
c/o Patrick J. Dwyer, Esq.
2 Research Way
Princeton, NJ 08540


Hamilton Materials
c/o Jeffrey P. Walsworth
145 W. Meats Ave.
Orange, CA 92865


Hobe & Lucas Certified Public Acct.
4807 Rockside Rd. Ste 510
Independence, OH 44131


Honeywell International, Inc.
c/o Donald R. Pugliese, Esq.
McDermott Will & Emery, LLP
340 Madison Ave.
New York, NY 10173


JM Machine
PO Box 378
Wadsworth, OH 44282


Joan Barbarino
c/o Joseph N. Cotilletta, Esq.
The Lanier Law Firm, PLLC
126 E. 59th Street, 6th Floor
New York, NY 10022


JoAnn Benson
1027 Amy Trail
Tallmadge, OH 44278

Kaiser Gypsum Company, Inc.
c/o Corporation Services Co.
300 Deschutes Way SW, Ste. 304
Tumwater, WA 98501


Laticrete International, Inc.
c/o MCR&P Service Corp.
185 Aslyum St., 29th Floor
Hartford, CT 06103


Lear Siegler Diversified Holdings
c/o Grace DMario, Esq.
Malaby & Bradley, LLC
150 Broadway, Ste. 600
New York, NY 10038


Leonard Corcione
c/o Nicholas E. Novack, Esq.
Levy Konigsberg, LLP
800 Third Ave.
New York, NY 10022


Mannington Mills, Inc.
75 Mannington Mills Rd.
Salem, NJ 08079


Maremont Corp.
c/o Kevin J. Dooley, Esq.
Kasowitz Benson Torres & Friedman
1633 Broadway
New York, NY 10019


Meritor, Inc.
c/o Kevin J. Dooley, Esq.
Kasowitz Benson Torres & Friedman
1633 Broadway
New York, NY 10019


Millennium Transit Services
c/o James A. Overcash, Esq.
8055 East Tufts Ave., Suite 525
Denver, CO 80237

Millennium Transit Services, LLC
c/o John E. Osborn
John E. Osborn, PC
841 Broadway, Suite 500
New York, NY 10003


Miracle Adhesives Corp.
The Corporation Trust, Inc.
351 West Camden St.
Baltimore, MD 21201


Northrop Grumman Systems Corp.
c/o Elisa T. Gilbert, Esq.
The Gilbert Firm
325 East 57th St.
New York, NY 10022


Pension Benefit Guarantee Corp.
1200 K Street NW
Washington, DC 20005


Pneumo-Abex, LLC
c/o Edward P. Abbot, Esq.
Hawkins Parnell Thackston & Young
600 Lexington Ave., 8th Floor
New York, NY 10022


Rellinx, Inc.
PO Box 840527
Dallas, TX 75284-0527


Rockwell Automation, Inc.
c/o Joseph P. LaSala, Esq.
Wall Street Plaza
88 Pine St., 24th Floor
New York, NY 10005


Rohr, Inc.
c/o Patrick J. Dwyer, Esq.
Smith Stratton Wise Heher & Brennan
2 Research Way
Princeton, NJ 08540


Sears, Roebuck & Co.
Sears Holding Corporation
3333 Beverly Rd.
Hoffman Estates, IL 60179

Tarkett USA, Inc.
c/o Corporation Trust Co.
820 Bear Tavern Rd.
Trenton, NJ 08628


Title Company of N. America, Inc.
150 Broadway, Suite 600
New York, NY 10038


Treasurer, State of Ohio
30 E. Broad St.
9th Floor
Columbus, OH 43215


Union Carbide Corp.
c/o CT Corporation
111 Eighth Ave.
New York, NY 10011


United Steelworkers Union
Dist. 1 Office
777 Dearborn Park Lane, Suite J
Columbus, OH 43085


United Steelworkers, District 1
Attn: Bill Conner
4069 Bradley Circle NW
Canton, OH 44718


Wells Fargo Financial Leasing
PO Box 979284
Miami, FL 33197-9284


Wells Fargo Financial Leasing, Inc.
PO Box 979284
Miami, FL 33197-9284


Wells Fargo Financial Services
800 Walnut Street
Des Moines, IA 50309


Whidbey Resources, Inc.
PO Box 2239
Hudson, OH 44236

# United States Bankruptcy Court
## Northern District of Ohio

In re    __The R.C.A. Rubber Company__

Debtor(s)

Case No.

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __The R.C.A. Rubber Company__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 18, 2016__

Date

/s/ Michael A. Steel

**Michael A. Steel 0072367**

Signature of Attorney or Litigant

Counsel for    **The R.C.A. Rubber Company**

**Brennan, Manna & Diamond**
**75 East Market Street**
**Akron, OH 44308**
**(330)374-7471 Fax:(330)374-7472**
**masteel@bmdllc.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy